**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re ADAM REY ESPINOZA,                          No. C 12-04090 YGR (PR)

                                                   **ORDER OF TRANSFER**

_____/

This action was opened on August 3, 2012, when the Court received from Inmate Adam Rey Espinoza a letter to the Honorable Thelton E. Henderson that concerned prison conditions. On that date, the Clerk of the Court notified Plaintiff in writing that his action was deficient in that he had not submitted his complaint on a proper complaint form and had not submitted an *in forma pauperis* application. The Court further notified him that this action would be dismissed he if did not submit a complaint on the proper form and a completed *in forma pauperis* application within thirty days.

Further review of Plaintiff's case reveals that, in addition to failing to submit the proper documents, he has also initiated his civil action in the wrong judicial district. Plaintiff's letter states that he is currently incarcerated at the California Men's Colony ("CMC") in San Luis Obispo, California. He complains that "over-crowding" at CMC led to the denial of his request to be "single cell[ed]" and has affected his emotional, mental, and physical well-being. (Aug. 3, 2012 Letter at 1.)

CMC is located in the Western Division of the Central District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the Western Division of the United States District Court for the Central District of California. The Clerk of the Court shall transfer the case forthwith.

If he wishes to further pursue this action, Plaintiff must complete the complaint form and *in forma pauperis* application required by the Western Division of the United States District Court for the Central District of California and mail them to that district.

IT IS SO ORDERED.

DATED:    August 21, 2012                    _____
                                              YVONNE GONZALEZ ROGERS
                                              UNITED STATES DISTRICT COURT JUDGE\

G:\YGRALL\ECF-Ready\Espinoza4090.transfer.wpd